**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**CASE SUMMARY**

ORIGINAL
FILED CLERK, U.S. DISTRICT COURT
JUN - 8 2017
CENTRAL DISTRICT OF CALIFORNIA
C.D. DEPUTY

Case Number **17 CR 00350**       Defendant Number **1**
U.S.A. v. Michael Henschel aka "Mickey Henschel"    Year of Birth **1949**
☐ Indictment   ☐ Information    Investigative agency (FBI, DEA, etc.) **FBI / FHFA-OIG**

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A."

**OFFENSE/VENUE**

a. Offense charged as a :
☐ Class A Misdemeanor  ☐ Minor Offense  ☐ Petty Offense
☐ Class B Misdemeanor  ☐ Class C Misdemeanor  ☑ Felony

b. Date of Offense  October 2010 to July 2013

c. County in which first offense occurred
Los Angeles

d. The crimes charged are alleged to have been committed in:
CHECK **ALL** THAT APPLY
☑ Los Angeles    ☐ Ventura
☐ Orange        ☐ Santa Barbara
☐ Riverside     ☐ San Luis Obispo
☐ San Bernardino ☐ Other _____

Citation of Offense  18 USC § 371 (consp); 18 USC § 157(1) ;
(bankruptcy fraud); 18 USC § 1343 (wire fraud)

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
☑ Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
☐ Eastern (Riverside and San Bernardino)  ☐ Southern (Orange)

**RELATED CASE**

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?   ☑ No   ☐ Yes

IF YES  Case Number _____

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.
Related case(s), if any: **MUST MATCH NOTICE OF RELATED CASE**  N/A

**PREVIOUSLY FILED COMPLAINT**

A complaint was previously filed on:  N/A
Case Number  N/A
Charging _____

The complaint:  ☐ is still pending
☐ was dismissed on:  N/A

**PREVIOUS COUNSEL**
Was defendant previously represented?   ☐ No   ☑ Yes
IF YES, provide Name:  Don Re
Phone Number:  (213) 623-4234

**COMPLEX CASE**

Are there 8 or more defendants in the Indictment/Information?
☐ Yes*   ☑ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☑ No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

**Superseding Indictment/Information**

IS THIS A NEW DEFENDANT?   ☐ Yes   ☑ No
This is the  N/A  superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on:
N/A
Case Number  N/A
The superseded case:
☐ is still pending before Judge/Magistrate Judge
N/A
☐ was previously dismissed on  N/A
Are there 8 or more defendants in the superseding case?
☐ Yes*   ☐ No
Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes*   ☐ No

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

## CASE SUMMARY

Was a Notice of Complex Case filed on the Indictment or Information?
☐ Yes  ☑ No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

Is an interpreter required?  ☐ YES  ☑ NO
IF YES, list language and/or dialect:
N/A

**OTHER**

☑ Male ☐ Female
☐ U.S. Citizen ☐ Alien
Alias Name(s): "Mickey Henschel" "Frank Winston"

This defendant is charged in: ☑ All counts
☐ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 USC § 3146 (a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166 (b)(7).

Is defendant a juvenile? ☐ Yes ☑ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area of substantive law that will be involved in this case includes:

☑ financial institution fraud ☐ public corruption
☐ government fraud ☐ tax offenses
☐ environmental issues ☑ mail/wire fraud
☐ narcotics offenses ☐ immigration offenses
☐ violent crimes/firearms ☐ corporate fraud
☑ Other  bankruptcy fraud

**CUSTODY STATUS**

Defendant is **not** in custody:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: N/A
   in the amount of $ N/A
c. PSA supervision? ☐ Yes ☐ No
d. Is on bail or release from another district:
N/A

Defendant is **in** custody:
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: N/A
c. If Federal: U.S. Marshal's Registration Number: N/A
d. ☐ Solely on this charge. Date and time of arrest:
N/A
e. On another conviction: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES: ☐ State ☐ Federal AND
   Name of Court: N/A
Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  20 ___ 21 ___ 40 ___

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: _____

Date  6/7/2017

Signature of Assistant U.S. Attorney
Kerry L. Quinn
Print Name