

FILED
CLERK, U.S. DISTRICT COURT

JUN 27, 2019

CENTRAL DISTRICT OF CALIFORNIA
BY: ___BH___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>MICHAEL HENSCHEL,<br>   aka "Mickey,"<br>   aka "Frank Winston,"<br>   aka "Steve Lopez,"<br>   aka "Ron Berman,<br><br>        Defendant. | CR 17-350-VAP<br><br>[PROPOSED] PRELIMINARY ORDER OF FORFEITURE PURSUANT TO PLEA AGREEMENT<br><br>No hearing requested<br><br>Sentencing Date:<br>August 12, 2019<br>Sentencing Time: 9:00 a.m. |

     Upon consideration of the application of Plaintiff, United States of America, for a preliminary order of forfeiture pursuant to the plea agreement of, and guilty plea to a one count Information entered by, defendant MICHAEL HENSCHEL, and, good cause appearing thereon, IT IS HEREBY ORDERED:

//

//

**I. FORFEITABLE PROPERTY**

For the reasons set out below, any right, title and interest of defendant Michael Henschel in the following described property (hereinafter, the "Forfeitable Property") is hereby forfeited to the United States.  The Court finds that the government has established the requisite nexus between the Forfeitable Property and the offense described in count one of the Information (18 U.S.C. § 1341).  The Forfeitable Property is more particularly described as:

- $103,668.46 found in East West Bank account number 2643008739, held in the name of Todd J. Schellbach, Trustee, Tiffany Ann Henschel, Trustee, Cartwright No 2 Trust
- The real property located at 7109 White Oak Avenue, Reseda, California;
- The real property locate at 6737 Morella Avenue, North Hollywood, California;
- The real property located at 1950 Las Lunas Street, Pasadena, California;
- The real property located at 345 North Jackson Street, #101, Glendale, California;
- The real property located at 345 North Jackson Street, #303, Glendale, California;
- The real property located at 345 North Jackson Street, #308, Glendale, California;
- The real property located at 1221 East Colorado Street, Glendale, California; and
- The real property located at 600 East Lexington Drive,

1   Glendale, California.

2   **II. IMPLEMENTATION**

3   IT IS FURTHER ORDERED as follows:

4   A.   Upon the entry of this Order, and pursuant to Fed. R.
5   Crim. P. 32.2(b)(3) and 21 U.S.C. § 853, the United States
6   Attorney General (or a designee) is authorized to seize the
7   Forfeitable Property.

8   B.   Upon entry of this Order, the United States is further
9   authorized to conduct any discovery for the purpose of
10  identifying, locating, or disposing of the Forfeitable Property
11  subject to forfeiture pursuant to this Order, 21 U.S.C. § 853(m)
12  and Rule 32.2(b)(3) of the Federal Rules of Criminal Procedure.
13  "Any discovery" shall include all methods of discovery permitted
14  under the Federal Rules of Civil Procedure.

15  C.   Upon entry of this Order (and at any time in the
16  future after amendment of the applicable order of forfeiture in
17  this matter), the United States Attorney General (or a designee)
18  is authorized to commence any applicable proceeding to comply
19  with statutes governing third party rights, including giving
20  notice of this and any other Order affecting specific property.
21  The following paragraphs shall apply to any ancillary proceeding
22  conducted in this matter:

23       (1)  Pursuant to 21 U.S.C. § 853(n)(1) and
24  Supplemental Rule G(4)(a)(iv)(C) of the Supplemental Rules for
25  Admiralty or Maritime Claims and Asset Forfeiture Actions, the
26  government shall forthwith publish for at least thirty (30)
27  consecutive days on an official government website notice of
28  this order and any other Order affecting the Forfeitable

Property, and notice that any person, other than the defendant, having or claiming a legal interest in the property must file a petition with the Court within thirty (30) days of the publication of notice or receipt of actual notice, whichever is earlier. The United States shall also, to the extent practicable, provide written notice to any person known to have an alleged interest in the Forfeitable Property.

(2) Any person other than defendant MICHAEL HENSCHEL ("defendant") asserting a legal interest in the Forfeitable Property may, within thirty days of the publication of notice or receipt of notice, whichever is earlier, petition the court for a hearing without a jury to adjudicate the validity of his alleged interest in the property, and for an amendment of the order of forfeiture, pursuant to 21 U.S.C. § 853(n)(2).

(3) Any petition filed by a third party asserting an interest in the Forfeitable Property shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in such property, the time and circumstances of the petitioner's acquisition of the right, title or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought. 21 U.S.C. § 853(n)(3).

(4) The United States shall have clear title to the Forfeitable Property following the Court's disposition of all third-party interests or, if no petitions are filed, following the expiration of the period provided in 21 U.S.C. § 853(n)(2) for the filing of third party petitions.

    D.    Pursuant to Fed. R. Crim. P. 32.2(b)(3) and defendant's consent, this Preliminary Order of Forfeiture shall become final as to defendant upon entry and shall be made part of his sentence and included in his judgment.

    E.    The Court shall retain jurisdiction to enforce this Order, and to amend it as necessary, pursuant to Fed. R. Crim. P. 32.2(e).

DATED: June 27, 2019

                                     HONORABLE VIRGINIA A. PHILLIPS
                                     UNITED STATES DISTRICT JUDGE

PRESENTED BY:

TRACY WILKISON
Attorney for the United States, Acting Under
Authority Conferred By 28 U.S.C. § 515

BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division

KERRY L. QUINN
EDDIE A. JAUREGUI
Assistant United States Attorneys


    /s/ Jonathan Galatzan
JONATHAN GALATZAN
Assistant United States Attorney
Asset Forfeiture Section

Attorneys for Plaintiff
UNITED STATES OF AMERICA