FILED
CLERK, U.S. DISTRICT COURT
AUG 7 2019
CENTRAL DISTRICT OF CALIFORNIA
BY: BM DEPUTY

Tina Avakian aka Takouhie Avakian
JHVA, LLC
The Takouhie Avakian Trust
345 North Jackson Street, Unit 303
Glendale, California 91206
(626) 755 7940
(626) 673-1198

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
AUG - 7 2019
CENTRAL DISTRICT OF CALIFORNIA
BY CAD DEPUTY

**IN PRO SE**

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

UNITED STATES OF AMERICA

Plaintiff,

v.

MICHAEL HENSCHEL,

aka "Mickey"
aka "Frank Winston"
aka "Steve Lopez"
aka "Ron Berman"

Defendant,

CR 17 - 350 - VAP

**PETITION OF TINA AVAKIAN ASSERTING HER LEGAL INTEREST IN THE FOLLOWING SIX (6) FORFEITABLE PROPERTIES:**

1. **1950 LAS LUNAS, PASADENA, CA;**
2. **345 N JACKSON, 101, GLENDALE, CA;**
3. **345 N JACKSON, 303, GLENDALE, CA;**
4. **345 N JACKSON, 308, GLENDALE, CA;**
5. **1221 E COLORADO, GLENDALE, CA;**
6. **600 E LEXINGTON, GLENDALE, CA**

Honorable Virginia A. Phillips
First Street Courthouse
Courtroom 8A, 8th Floor
350 West 1st Street
Los Angeles, CA 90012

**SENTENCING DATE: 8/12/19**

Tina Avakian (identified as T.A. in the Superseding Indictment), hereby Petitions the District Court, pursuant to 21 U.S.C §853(n)(2) to establish her legal right, title and interest in the six (6) Forfeitable Properties set forth in the Preliminary Order of Forfeiture and requests a Hearing to Adjudicate the validity of the Government's rights in the Forfeitable properties.

**DECLARATION OF TINA AVAKIAN IN SUPPORT OF HER PETITION ASSERTING HER LEGAL INTERESTS IN THE FORFEITABLE PROPERTIES**

1. My full name is Takouhie Avakian. I am known as Tina Avakian. I am the sole managing member of JHVA, LLC established by the Avakian Family to hold legal right, title and interest to the six (6) forfeitable properties. My mailing address is currently 345 North Jackson Street, Unit 303, Glendale, CA 91206. I am 72 years old. I am competent to make this declaration in support of my Petition asserting the legal right, title and interest of JHVA, LLC, Takouhie Avakian and/or Tina Avakian to the six (6) forfeitable properties.

2. I am fully familiar with the facts set forth in this Declaration, except as to those matters, I know upon information and belief and, and as to those matters I believe them to be true. If called upon to testify, I could and would competently testify to the following facts herein.

3. On October 16, 2002, I, Takouhie Avakian acquired legal right, title and interest to the real property commonly known as 1950 Las Lunas, Pasadena, CA 91205 under a Trust Deed Instrument No. 85 1294159, recorded on October 31, 1985 in the Office of the County Recorder of Los Angeles, California.

4. On April 3, 2001, I, Takouhie Avakian, acquired legal right, title and interest to the real property commonly known as 345 N Jackson Street, Unit 101, Glendale, CA 91206 under a Trust Deed Instrument No. 01 0581366, recorded on April 6, 2001 in the Office of the County Recorder of Los Angeles, California.

5. On December 30, 1988 I, Takouhie Avakian, acquired legal right, title and interest to the real property commonly known as 345 N Jackson Street, Unit 303, Glendale, CA 91206 under Trust Deed Instrument No. 88-615065 and recorded on December 30, 1988 in the Office of the County Recorder of Los Angeles, California.

6. On July 5, 2006, I, Takouhie Avakian, acquired legal right, title and interest to the real property commonly known as 345 N Jackson Street, Unit 308, Glendale, CA 91206 under a Trust Deed Instrument No. 06 1768641, recorded on August 9, 2006 in the Office of the Country Recorder of Los Angeles, California.

7. On June 17, 2003, I, Takouhie Avakian, acquired legal right, title and interest to the real property commonly known as 1221 - 1227 East Colorado Street, Glendale, CA 91205 under Trust Deed Instrument No. 03 1795284, recorded on June 24, 2003 in the Office of the County Recorder of Los Angeles, California.

8. On October 1, 1997, I, Takouhie Avakian acquired legal right, title and interest to the real property commonly known as 600 East Lexington Drive, Glendale, CA 91206 under Trust Deed Instrument No. 97 1606496, recorded on October 15, 1997 in the Office of the County Recorder of Los Angeles, California.

9. On or about June 9, 2014, my family members and I formed JHVA, LLC and on or about July 1, 2014, transferred by Quitclaim Deed all of the six real properties to JHVA, LLC to be held in Trust for the Family of Tina Avakian.

10. On or about March 31, 2015, all of the above properties, except for my personal residence located at 345 N Jackson, Unit 303, Glendale, CA 91206, were fraudulently transferred to Barrington Property Investment Group at the direction and control of Michael Henschel.

11. Henschel advised me the real properties, except for my personal residence located at 345 N Jackson Street, Unit 303, Glendale, CA 91206, would be held in trust for the benefit of my family. Henschel stated to me that it would be necessary to temporarily transfer the real properties to his company Barrington Property Investment Group to secure a loan on the properties to pay the Judgment I owed for personal injuries in the Superior Court. I was referred to Michael Henschel by my former attorney Michael Challgren. I had no reason to disbelieve Henschel. I wanted the Judgment paid and I followed the instructions of Henschel.

12. My personal residence, located at 345 N Jackson Street, Glendale, CA 91206, was not transferred to Barrington Property Investment Group. Legal right, title and interest to my personal residence at 345 N Jackson, Unit 303, Glendale, CA remains in JHVA, LLC.

13. On or about February 11, 2015, another entity controlled by Henschel and co-conspirators, Arrowhead Financial Group, recorded a lien for an alleged loan on my personal residence in the amount of $600,000. At no time did Henschel and or the other co-conspirators extend a loan in any amount of money to me or to my family.

14. Another personal residence located at 1950 Las Lunas, Pasadena, CA, is occupied by my brother Harout and his wife and four children. His home on Las Lunas is real property my late Mother left to our family for the benefit of my brother who is disabled and unable to work. Seizure of my brother's home on Las Lunas will cause extreme hardship to my brother and his family. There is no where for him and his family to go and he is unable to work.

15. The Government seeks to seize all six of my properties including my personal residence located at 345 N Jackson Street, Unit 303, Glendale, CA 91206 even though title to my personal residence remains in JHVA, LLC and was never transferred to Barrington.

16. The Government has not established a right to seize my personal residence. I dispute that the false lien recorded on my home my Henschel and co-conspirators gives the Government the right, title and interest to forfeit my home and to cause me to be homeless. I have no where to go. My brother has no where to go.

17. It is not equitable, fair or just that the six (6) JHVA, LLC properties are the only significant assets to be Forfeited in this criminal case. Especially considering the many other properties identified by the Government in the Indictment and the First Superseding Indictment. Seizure of my personal residence and the residence of my brother will impose the most severe suffering in this criminal case upon me and my family.

18. I Petition the District Court for Relief from the severe hardship caused by the Fraud of Michael Henschel and co-conspirators and the attempt of the United States Government to seize my home and the home of my brother and take all resources for our future survival.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10th day of July, 2019 in Los Angeles, California.

TINA AVAKIAN
TAKOUHIE AVAKIAN
JHVA, LLC
THE TAKOUHIE AVAKIAN TRUST

# PROOF OF SERVICE

I am over the age of 18 and not a party this action. My current address is 1950 Las Lunas, Pasadena, California 91205.

On July 10, 2019, I served, **PETITION OF TINA AVAKIAN ASSERTING HER LEGAL INTERESTS IN SIX FORFEITABLE PROPERTIES UNDER THE PRELIMINARY ORDER OF FORFEITURE PURSUANT TO PLEA AGREEMENT**, on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following ordinary office practices.

**TO: SEE ATTACHED LIST**

__x__ I am readily familiar with the practice of the office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on: July 10, 2019, at Los Angeles, California.

Harout Avakian

**SERVICE LIST**

**ATTORNEYS FOR PLAINTIFF,
UNITED STATES GOVERNMENT**

Tracy Wilkison
Attorney for the United States, Acting Under
Authority Conferred by 28 U.S.C. § 515
BRANDON D. FOX
Assistant United States Attorney
Chief, Criminal Division
**KERRY L. QUINN** (Cal. Bar No 302954)
**EDDIE A. JAUREGUI** (Cal. Bar No. 297986)
Assistant United States Attorneys
Major Frauds Section
1100 United States Courthouse
312 North Spring Street
Los Angeles, CA 90012
Telephone (213) 894-5423/4849
Facsimile (213) 894-6269
E-Mail Kerry.L.Quinn@usdoj.gov
Eddie.Jauregui@usdoj.gov

**JONATHAN GALATZAN** (Cal. SBN 190414)
Assistant United States Attorney
Asset Forfeiture Section
1400 United States Courthouse
312 Spring Street
Los Angeles, CA 90012
Telephone: (213) 894-2727
Facsimile: (213) 894-0124
E-Mail Jonathan. Galatzan@usdoj.gov